JESSE H. KNOTT, SR., ADMINISTRATOR OF THE ESTATE OF JESSE H. KNOTT, JR., DECEASED, v. KINSTON TRANSIT COMPANY.

(Filed 12 April, 1950.)

APPEAL by plaintiff from *Parker, J.,* at 27 February Term, 1950, of LENOIR.

Civil action to recover damages for the alleged wrongful death of plaintiff's intestate, a small boy nine years of age, when he collided with a bus of defendant, operated on a public street in the city of Kinston, N. C.

Judgment as of nonsuit was entered on the trial below at the close of plaintiff's evidence, and plaintiff appeals to Supreme Court and assigns error.

*Jones, Reed & Griffin for plaintiff, appellant.*
*John G. Dawson and Whitaker & Jeffress for defendant, appellee.*

PER CURIAM.  A careful reading of the evidence offered by plaintiff on the trial below and shown in the record of this appeal, taken in the light most favorable to plaintiff, fails to show that defendant did anything that it should not have done, or left undone anything that it should have done at the time and under the circumstances under which the plaintiff's intestate came to his untimely death.  Rather, the evidence reveals, in so far as the operation of defendant's bus is concerned, an unavoidable accident,—deplorable as it is,—for which defendant may not be held liable in damages.  Hence the judgment as of nonsuit will be, and it is hereby

Affirmed.